AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2026

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Jessica B.

_____
*Plaintiff*
v.
Frank Bisignano,
Commissioner of Social Security

_____
*Defendant*

Civil Action No.  2:25-cv-00361-RLP

)
)
)
)
)
)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Plaintiff Ms. B.'s Brief, ECF No. 8, is DENIED. Defendant Commissioner's Brief, ECF No. 13, is GRANTED.
Judgment is entered for the Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

X  decided by Judge    Rebecca L. Pennell

Date:  3/9/2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*